**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                               : Bankruptcy No. 22-12041-AMC
   Vladimir Albert,                         : Chapter 13
               *Debtor*

**OBJECTION TO DEBTOR'S MOTION TO RECONSIDER
ORDER MODIFYING AUTOMATIC STAY**

Respondent, Rocket Mortgage, LLC s/b/m/t Nationstar Mortgage LLC ("Creditor"), by and through its undersigned counsel, hereby replies, in opposition, to Debtor's Motion to Reconsider Order Modifying Automatic Stay (the "Motion").  In support hereof, Creditor states as follows:

1.      On March 18, 2026, Creditor filed a Certification of Default due to Debtor's default on the Stipulation terms settling the Motion for Relief.

2.      Creditor objects to the Debtor's Motion as the Debtor is due for the following post-petition payments:

January 1, 2026 through April 1, 2026 at $1,923.40/each…………….$7,693.60
Suspense Balance…………………………………………………..($661.22)
Attorney's Fees/Costs…………………………………………….$500.00
**Total Amount Due………………………………………………$7,532.38**

3.      Additionally, this is Debtor's third default on the Stipulation.  Creditor has previously filed two (2) Certifications of Default, on December 5, 2024 (docket# 72) and May 14, 2025 (docket# 86). It is apparent that Debtor cannot stay current on the post-petition payments and Creditor lacks adequate protection of its security interest in the property due to Debtor's failure to make post-petition payments.

**WHEREFORE,** Rocket Mortgage, LLC s/b/m/t Nationstar Mortgage LLC respectfully

requests that the Court deny Debtor's Motion to Reconsider Order Modifying Automatic Stay.

HLADIK, ONORATO & FEDERMAN, LLP

/s / Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com

Date: 04/20/2026

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Bankruptcy No. 22-12041-AMC
   Vladimir Albert,                                : Chapter 13
          *Debtor*                           :

### CERTIFICATION OF SERVICE

I, Danielle Boyle-Ebersole, Attorney for Movant, hereby certify that I served a true and correct copy of the foregoing Objection to Debtor's Motion to Reconsider Order, by United States Mail, first class, postage prepaid, or Electronic Mail on **04/20/2026:**

Brad J. Sadek, Esquire
Via CM/ECF Notification
*Attorneys for Debtor*

Kenneth E. West, Esquire
Via CM/ECF Notification
*Trustee*

Vladimir Albert
Veronica Albert
2409 Tremont Street
2nd Floor
Philadelphia, PA 19115
Via First Class Mail
*Debtor and Non-Filing Co-Debtor*


/s / Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com

Date: 04/20/2026