**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Bankruptcy No. 22-12041-AMC |
| Vladimir Albert, | : Chapter 13 |
| *Debtor*. | : |
| | : |
| _____ | : |
| Rocket Mortgage, LLC | : |
| s/b/m/t Nationstar Mortgage LLC | |
| *Movant*, | : |
| vs. | : |
| Vladimir Albert | : |
| Veronica Albert (Non-Filing Co-Debtor) | : |
| *Debtors/Respondents,* | : |
| and | : |
| Kenneth E. West, Esquire, | : |
| *Trustee/Respondent.* | : |

**CERTIFICATION OF DEFAULT**
**OF STIPULATION REINSTATING AUTOMATIC STAY**

AND NOW, comes secured Creditor, Rocket Mortgage, LLC s/b/m/t Nationstar Mortgage LLC ("Movant") by and through its counsel, Hladik, Onorato & Federman, LLP, and files this Certification of Default to obtain an order for Relief from the Automatic Stay and Co-Debtor Stay due to Debtor's failure to comply with the terms of the Stipulation resolving a Motion for Relief from Stay/ Reinstating Automatic Stay, and avers the following:

1. The Debtor had previously defaulted, multiple times, on the Stipulation Settling the Motion for Relief. Due to the default, and lack of answer, relief was granted on April 2, 2026. *See Docket# 96.* The Debtor filed a Motion to Reconsider the Relief Order on April 10, 2026.

2. On May 22, 2026, the attached Stipulation was approved by the Court. See Exhibit "A" attached.

3. Debtor has not continued to make the post-petition payments as required by the Stipulation. This default is the fourth time the Debtor has defaulted on the Stipulation.

4. Per the terms of the Stipulation (paragraph 5), in the event Debtor fails to make any of the payments per the Stipulation on or before the due dates, Movant may immediately file a Certification of Default with the Court, without notice to Debtor or Debtor's counsel.

5. As of the date of the filing of this Certification of Default, Movant has not received the following post-petition payments:

Regular Monthly Payments
(June 1, 2026, through August 1, 2026 at $1,923.40 each)……………………………............ $5,770.20
Attorney's fees for Certification of Default…………………………………………………… $250.00

**TOTAL POST-PETITION ARREARS…………………………………………………….. $6,020.20**

6. Based on the default history, Debtor has proven that he cannot stay current on the post-petition payments as required by the original Stipulation resolving the Motion for Relief from the Automatic Stay or the Stipulation Reinstating the Automatic Stay.

WHEREFORE, Movant respectfully requests this Honorable Court ORDER that Movant be granted Relief from the Automatic Stay and Co-Debtor Stay.

Respectfully Submitted:

/s / Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com

Date: 08/07/2026